## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

July 28, 2016

**Via Email & ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

Re:   *Mirra v. Jordan*, Nos. 13-5519, 15-4100

Dear Judge Torres:

  Consistent with this Court's July 13, 2016 Order, the parties, Plaintiff Raymond A. Mirra and Defendant Gigi Jordan, write to advise the Court regarding the status of the execution of a formal settlement agreement. The parties have agreed to the format and substance of their settlement agreement, and the settlement agreement should be executed within a few days. Accordingly, Plaintiff expects to file a stipulation of dismissal shortly following the execution of the parties' agreement.

Respectfully submitted,

| /s/ Robert L. Raskopf | /s/ Tim Keane |
|---|---|
| Robert L. Raskopf | Tim Keane |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUIRK AND BAKALOR, P.C. |
| 51 Madison Avenue | 1325 Franklin Avenue Plaza – Suite 250 |
| New York, New York 10010 | Garden City, New York 11530 |
| (212) 849-7000 | 212.319.1000 |
| *Attorney for Plaintiff Raymond Mirra* | *Attorney for Defendant Gigi Jordan* |