UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND A. MIRRA, JR., | Case No. 13-5519 (AT) (KNF) |
| Plaintiff, | |
| vs. | |
| GIGI JORDAN, | |
| Defendant. | |
| RAYMOND A. MIRRA, JR., | Case No. 15-4100 (AT) (KNF) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| GIGI JORDAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned actions and all claims therein are hereby dismissed with prejudice.

1

DATED: August 29, 2016

/s/ Robert L. Raskopf
Robert L. Raskopf
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Raymond Mirra*

New York, New York

_____, 2016

/s/ Timothy J. Keane
Timothy J. Keane
QUIRK and BAKALOR, P.C.
1325 Franklin Avenue Plaza – Suite 250
Garden City, New York 11530
(212) 319-1000

*Attorney for Defendant Gigi Jordan*

**SO ORDERED:**

_____
Hon. Analisa Torres
United States District Court Judge