USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND A. MIRRA, JR.,<br><br>       Plaintiff,<br><br>vs.<br><br>GIGI JORDAN,<br><br>       Defendant. | Case No. 13-5519 (AT) (KNF) |
| RAYMOND A. MIRRA, JR.,<br><br>       Plaintiff,<br><br>vs.<br><br>GIGI JORDAN,<br><br>       Defendant. | Case No. 15-4100 (AT) (KNF)<br><br>**STIPULATION OF DISMISSAL** |

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned actions and all claims therein are hereby dismissed with prejudice.

1

DATED: August 29, 2016

| | |
|---|---|
| /s/ Robert L. Raskopf | /s/ Timothy J. Keane |
| Robert L. Raskopf | Timothy J. Keane |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUIRK and BAKALOR, P.C. |
| 51 Madison Avenue | 1325 Franklin Avenue Plaza – Suite 250 |
| New York, New York 10010 | Garden City, New York 11530 |
| (212) 849-7000 | (212) 319-1000 |
| *Attorney for Plaintiff Raymond Mirra* | *Attorney for Defendant Gigi Jordan* |

SO ORDERED.

Dated: August 30, 2016
       New York, New York

                                          ANALISA TORRES
                                United States District Judge